# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146212(47)

_____

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

SC: 146212
COA: 304875
v
Saginaw CC: 10-034923-FH

JAMES EARLY HARRIS, JR.,
          Defendant-Appellant.
_____/

On order of the Chief Justice, the motion by defendant-appellant to extend the time for filing his appeal brief to June 26, 2013, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013 _____



Clerk